UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
§
REYES, BLANCA E § Case No. 10-02027
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    US Courthouse
    Bankruptcy Clerk
    Assignment Desk, Rm 710
    219 S. Dearborn St.
    Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/29/2011 in Courtroom 250,

    US Courthouse
    100 S. 3rd St.
    Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/16/2011      By: _____

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
REYES, BLANCA E § Case No. 10-02027
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 30,006.16 |
| and approved disbursements of | $ | 2,500.00 |
| leaving a balance on hand of[1] | $ | 27,506.16 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Roy Safanda | $ 3,750.62 | $ 0.00 | $ 3,750.62 |
| Trustee Expenses: Roy Safanda | $ 160.90 | $ 0.00 | $ 160.90 |
| Attorney for Trustee Fees: Roy Safanda | $ 1,950.00 | $ 0.00 | $ 1,950.00 |

Total to be paid for chapter 7 administrative expenses     $     5,861.52
Remaining Balance                                         $    21,644.64

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,454.80 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 71.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 5,060.48 | $ 0.00 | $ 3,596.55 |
| 000002 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 6,650.41 | $ 0.00 | $ 4,726.54 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 1,331.99 | $ 0.00 | $ 946.66 |
| 000004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4,912.55 | $ 0.00 | $ 3,491.42 |
| 000005 | Specialists In Gastroenterology<br>1710 N. Randall Rd. #280<br>Attn: Bankruptcy Dept<br>Elgin, IL 60123 | $ 585.00 | $ 0.00 | $ 415.77 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000006 | GE Money Bank dba WALMART Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ 644.64 | $ 0.00 | $ 458.15 |
| 000007 | GE Money Bank dba JCPENNEY REWARDS MASTERCARD Care of Recovery Management Systems Corp 25 SE 2nd Ave Ste 1120 Miami FL 33131 | $ 6,615.24 | $ 0.00 | $ 4,701.54 |
| 000008 | CitiFinancial Services, Inc P.O. Box 140489 Irving, TX 75014-0489 | $ 4,654.49 | $ 0.00 | $ 3,308.01 |

|   |   |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 21,644.64 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-02027-MB
Blanca E Reyes                                                        Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0752-1        User: dramey             Page 1 of 2            Date Rcvd: Aug 17, 2011
                            Form ID: pdf006          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2011.

```
db         +Blanca E Reyes,    212 Mill Street,    Elgin, IL 60123-5447
aty        +Carl F Safanda,    Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
aty        +Richard C Irvin,   Law Offices of Richard C. Irvin and Asso,    605 N. Broadway,
             Aurora, IL 60505-2179
aty        +Roy Safanda, Esq,   Safanda Law Firm,    111 East Side Drive,    Geneva, IL 60134-2402
14981448    ARM,   PO BOX 129,    Attn: Bankruptcy Dept,    Thorofare, NJ 08086-0129
14981446   +Allied Interstate,    3000 Corporate Exchange Dr.,    Attn: Bankruptcy Dept,
             Columbus, OH 43231-7684
14981449    Associated Imaging Specialists,    1121 Lake Cook Rd. Ste. M,    Attn: Bankruptcy Dept.,
             Deerfield, IL 60015-5234
14981452   +Associates in Endocrinology, INC,    1975 Lin Lor Lane, Suite 10,    Attn: Bankruptcy Dept,
             Elgin, IL 60123-4968
14981454   +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
15397910    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15681057    CitiFinancial Services, Inc,    P.O. Box 140489,    Irving, TX 75014-0489
14981457   +Citifinancial,    300 Saint Paul Place,    Baltimore, MD 21202-2120
14981458   +Client Services INC,    3451 Harry Truman Blvd,    Attn: Bankruptcy Dept,
             Saint Charles, MO 63301-9816
14981461   +Dependon Collection Se,    Po Box 4833,    Oak Brook, IL 60522-4833
14981462   +Dependon Collection Services,    PO BOX 4833,    Attn: Bankruptcy Dept,    Oak Brook, IL 60522-4833
14981463   +Fox Valley Hematology & Oncology LT,    1710 N. Randall Road, Ste # 300,    Attn: Bankruptcy Dept,
             Elgin, IL 60123-9405
14981464    Fox Valley Laboratory Physicians SC,    PO BOX 5133,    Attn: Bankruptcy Dept,
             Chicago, IL 60680-5133
14981468   +Heavner, Scoot, Beyers & Mihlar LLC,    111 East Main Street, Suite 200,    Attn: Bankruptcy Dept,
             Decatur, IL 62523-1204
14981469    Home Depot Credit Services,    Attn: Bankruptcy Dept,    PO BOX 653000,    Dallas, TX 75265-3000
14981470   +Hsbc Bank,   Po Box 5253,    Carol Stream, IL 60197-5253
14981471   +Merchant Credit Guide,    233 W. Jackson Blvd,    Attn: Bankruptcy Dept,    Chicago, IL 60606-6958
14981472   +Merchants Cr,   223 W Jackson St Suite 900,    Chicago, IL 60606-6912
14981473   +Merchants Credit Guide,    223 W Jackson Blvd Ste 4,    Chicago, IL 60606-6912
14981474    MiraMed Revenue Group,    PO BOX 77000,    Attn: Bankruptcy Dept,    Detroit, MI 48277-0304
14981475    Northwest Suburban Imaging,    34659 Eagle Way,    Attn: Bankruptcy Dept,    Chicago, IL 60678-1346
14981476    Pellettieri & Associates, LTD,    PO BOX 77000,    Attn: Bankruptcy Dept,    Detroit, MI 48277-0304
14981477   +Portfolio Recvry&Affil,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4962
14981478    Professional Medical Collection Age,    PO BOX 1463,    Attn: Bankruptcy Dept,
             Northbrook, IL 60065-1463
14981481   +Provena Health,    2870 Stoner Court Ste. 300,    Attn: Bankruptcy Dept,
             North Liberty, IA 52317-8525
14981487    Provena Saint Joseph Hospital,    75 Remittance Dr. Suite 1174,    Attn: Bankruptcy Dept,
             Chicago, IL 60675-1174
14981493   +Specialists In Gastroenterology,    1710 N. Randall Rd. #280,    Attn: Bankruptcy Dept,
             Elgin, IL 60123-9404
14981494   +Target Nb,   Po Box 673,    Minneapolis, MN 55440-0673
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
tr         +E-mail/Text: plegal@xnet.com Aug 18 2011 00:45:03     Roy Safanda,   Safanda Law Firm,
             111 East Side Drive,   Geneva, IL 60134-2402
15343315    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 18 2011 02:51:48
             American Infosource Lp As Agent for,    Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
14981459   +E-mail/Text: clerical.department@yahoo.com Aug 18 2011 00:42:59      Creditors Collection B,
             755 Almar Pkwy,   Bourbonnais, IL 60914-2393
14981460    E-mail/Text: clerical.department@yahoo.com Aug 18 2011 00:42:59
             Creditors Collection Bureau, INC.,    PO BOX 63,   Attn: Bankruptcy Dept,
             Kankakee, IL 60901-0063
15623707   +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2011 02:54:03
             GE Money Bank dba JCPENNEY REWARDS MASTERCARD,    Care of Recovery Management Systems Corp,
             25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
15623705   +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2011 02:54:03      GE Money Bank dba WALMART,
             Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14981465   +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2011 02:54:03      Gemb/Jc Penney Dc,   Po Box 981400,
             El Paso, TX 79998-1400
14981466   +E-mail/PDF: gecsedi@recoverycorp.com Aug 18 2011 02:34:05      Gemb/Walmart,   Po Box 981400,
             El Paso, TX 79998-1400
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14981467       Harris
```

```
District/off: 0752-1           User: dramey              Page 2 of 2                  Date Rcvd: Aug 17, 2011
                               Form ID: pdf006           Total Noticed: 40

aty*        +Roy Safanda,   Safanda Law Firm,   111 East Side Drive,   Geneva, IL 60134-2402
14981447*   +Allied Interstate,   3000 Corporate Exchange Dr.,   Attn: Bankruptcy Dept,
             Columbus, OH 43231-7684
14981450*    Associated Imaging Specialists,   1121 Lake Cook Rd. Ste. M,   Attn: Bankruptcy Dept.,
             Deerfield, IL 60015-5234
14981451*    Associated Imaging Specialists,   1121 Lake Cook Rd. Ste. M,   Attn: Bankruptcy Dept.,
             Deerfield, IL 60015-5234
14981455*   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14981456*   +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
14981479*    Professional Medical Collection Age,   PO BOX 1463,   Attn: Bankruptcy Dept,
             Northbrook, IL 60065-1463
14981480*    Professional Medical Collection Age,   PO BOX 1463,   Attn: Bankruptcy Dept,
             Northbrook, IL 60065-1463
14981482*   +Provena Health,   2870 Stoner Court Ste. 300,   Attn: Bankruptcy Dept,
             North Liberty, IA 52317-8525
14981483*   +Provena Health,   2870 Stoner Court Ste. 300,   Attn: Bankruptcy Dept,
             North Liberty, IA 52317-8525
14981484*   +Provena Health,   2870 Stoner Court Ste. 300,   Attn: Bankruptcy Dept,
             North Liberty, IA 52317-8525
14981485*   +Provena Health,   2870 Stoner Court Ste. 300,   Attn: Bankruptcy Dept,
             North Liberty, IA 52317-8525
14981486*   +Provena Health,   2870 Stoner Court Ste. 300,   Attn: Bankruptcy Dept,
             North Liberty, IA 52317-8525
14981488*    Provena Saint Joseph Hospital,   75 Remittance Dr. Suite 1174,   Attn: Bankruptcy Dept,
             Chicago, IL 60675-1174
14981489*    Provena Saint Joseph Hospital,   75 Remittance Dr. Suite 1174,   Attn: Bankruptcy Dept,
             Chicago, IL 60675-1174
14981490*    Provena Saint Joseph Hospital,   75 Remittance Dr. Suite 1174,   Attn: Bankruptcy Dept,
             Chicago, IL 60675-1174
14981491*    Provena Saint Joseph Hospital,   75 Remittance Dr. Suite 1174,   Attn: Bankruptcy Dept,
             Chicago, IL 60675-1174
14981492*    Provena Saint Joseph Hospital,   75 Remittance Dr. Suite 1174,   Attn: Bankruptcy Dept,
             Chicago, IL 60675-1174
14981453    ##Cardiac & Vascular Specialists, S.C,   915 Center St., Suite 2001,   Attn: Bankruptcy Dept,
             Elgin, IL 60120-2112
                                                                                       TOTALS: 1, * 18, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 19, 2011**               **Signature:**     _/s/ Joseph Speetjens_