UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
REYES, BLANCA E § Case No. 10-02027
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Roy Safanda _____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA, TRUSTEE | | | | | |
| ROY SAFANDA | | | | | |
| NELLIE DAILY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Imaging Specialists 1121 Lake Cook Rd. Ste. M Attn: Bankruptcy Dept. Deerfield, IL 60015-5234 | | | | | |
| | Associated Imaging Specialists 1121 Lake Cook Rd. Ste. M Attn: Bankruptcy Dept. Deerfield, IL 60015-5234 | | | | | |
| | Associated Imaging Specialists 1121 Lake Cook Rd. Ste. M Attn: Bankruptcy Dept. Deerfield, IL 60015-5234 | | | | | |
| | Associates in Endocrinology, INC 1975 Lin Lor Lane, Suite 10 Attn: Bankruptcy Dept Elgin, IL 60123-4902 | | | | | |
| | Cardiac & Vascular Specialists, S.C 915 Center St., Suite 2001 Attn: Bankruptcy Dept Elgin, IL 60120-2112 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Citifinancial 300 Saint Paul Place Baltimore, MD 21202 |  |  |  |  |  |
|  | Creditors Collection B 755 Almar Pkwy Bourbonnais, IL 60914 |  |  |  |  |  |
|  | Creditors Collection Bureau, INC. PO BOX 63 Attn: Bankruptcy Dept Kankakee, IL 60901-0063 |  |  |  |  |  |
|  | Dependon Collection Se Po Box 4833 Oak Brook, IL 60522 |  |  |  |  |  |
|  | Fox Valley Hematology & Oncology LT 1710 N. Randall Road, Ste # 300 Attn: Bankruptcy Dept Elgin, IL 60123 |  |  |  |  |  |
|  | Fox Valley Laboratory Physicians SC PO BOX 5133 Attn: Bankruptcy Dept Chicago, IL 60680-5133 |  |  |  |  |  |
|  | Gemb/Walmart Po Box 981400 El Paso, TX 79998 |  |  |  |  |  |
|  | Harris |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Credit Services Attn: Bankruptcy Dept PO BOX 653000 Dallas, TX 75265-3000 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Merchants Cr 223 W Jackson St Suite 900 Chicago, IL 60606 | | | | | |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | | | | |
| | MiraMed Revenue Group PO BOX 77000 Attn: Bankruptcy Dept Detroit, MI 48277-0304 | | | | | |
| | Northwest Suburban Imaging 34659 Eagle Way Attn: Bankruptcy Dept Chicago, IL 60678-1346 | | | | | |
| | Pellettieri & Associates, LTD PO BOX 77000 Attn: Bankruptcy Dept Detroit, MI 48277-0304 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Portfolio Recvry&Affil 120 Corporate Blvd Ste 1 Norfolk, VA 23502 | | | | | |
| | Provena Health 2870 Stoner Court Ste. 300 Attn: Bankruptcy Dept North Liberty, IA 52317 | | | | | |
| | Provena Health 2870 Stoner Court Ste. 300 Attn: Bankruptcy Dept North Liberty, IA 52317 | | | | | |
| | Provena Health 2870 Stoner Court Ste. 300 Attn: Bankruptcy Dept North Liberty, IA 52317 | | | | | |
| | Provena Health 2870 Stoner Court Ste. 300 Attn: Bankruptcy Dept North Liberty, IA 52317 | | | | | |
| | Provena Health 2870 Stoner Court Ste. 300 Attn: Bankruptcy Dept North Liberty, IA 52317 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Provena Health 2870 Stoner Court Ste. 300 Attn: Bankruptcy Dept North Liberty, IA 52317 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CITIFINANCIAL SERVICES, INC | | | | | |
| 000007 | GE MONEY BANK DBA JCPENNEY REWARDS | | | | | |
| 000006 | GE MONEY BANK DBA WALMART | | | | | |
| 000005 | SPECIALISTS IN GASTROENTEROLOGY | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

Case No: 10-02027 MB Judge: Manuel Barbosa  
Case Name: REYES, BLANCA E  
For Period Ending: 11/22/11

Trustee Name: Roy Safanda  
Date Filed (f) or Converted (c): 06/03/10 (c)  
341(a) Meeting Date: 02/22/10  
Claims Bar Date: 06/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence    Per amended sched. filed 3/24/10 | 60,000.00 | 0.00 | | 30,000.00 | FA |
| 2. Cash | 60.00 | 0.00 | DA | 0.00 | FA |
| 3. Household | 650.00 | 0.00 | DA | 0.00 | FA |
| 4. Apparel | 250.00 | 0.00 | DA | 0.00 | FA |
| 5. Auto | 3,500.00 | 0.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 6.16 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $64,460.00 $0.00 $30,006.16 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

House is listed for sale

Initial Projected Date of Final Report (TFR): 06/01/11    Current Projected Date of Final Report (TFR): 06/01/11

LFORM1  
UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.04e

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-02027 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | REYES, BLANCA E | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7404  Money Market Account |
| Taxpayer ID No: | *******4323 | | |
| For Period Ending: | 11/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/13/11 | 1 | Richard C. Irvin | Sale of Residence | 1110-000 | 30,000.00 | | 30,000.00 |
| 05/31/11 | INT | Capital One | Interest Rate  0.000 | 1270-000 | 3.01 | | 30,003.01 |
| 06/30/11 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 1.97 | | 30,004.98 |
| 07/19/11 | INT | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 1.18 | | 30,006.16 |
| 07/19/11 | | Transfer to Acct #*******7447 | Bank Funds Transfer | 9999-000 | | 30,006.16 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 30,006.16 | 30,006.16 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 30,006.16 | |
| Subtotal | 30,006.16 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 30,006.16 | 0.00 | |

Page Subtotals    30,006.16    30,006.16

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-02027 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | REYES, BLANCA E | Bank Name: | Capital One |
|  |  | Account Number / CD #: | *******7447 Checking Account |
| Taxpayer ID No: | *******4323 |  |  |
| For Period Ending: | 11/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/11 | | Transfer from Acct #*******7404 | Bank Funds Transfer | 9999-000 | 30,006.16 | | 30,006.16 |
| 07/29/11 | 001001 | Nelida Daily<br>Realtor<br>Woodhaven Lakes Realty<br>509 LaMoille Rd.<br>Sublette, IL 61367 | Realtor Commission | 3510-000 | | 2,500.00 | 27,506.16 |
| 09/29/11 | 001002 | American Infosource Lp As Agent for Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final Dividend | 7100-000 | | 3,596.55 | 23,909.61 |
| 09/29/11 | 001003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Dividend | 7100-000 | | 4,726.54 | 19,183.07 |
| 09/29/11 | 001004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Dividend | 7100-000 | | 946.66 | 18,236.41 |
| 09/29/11 | 001005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final Dividend | 7100-000 | | 3,491.42 | 14,744.99 |
| 09/29/11 | 001006 | Specialists In Gastroenterology<br>1710 N. Randall Rd. #280<br>Attn: Bankruptcy Dept<br>Elgin, IL 60123 | Final Dividend | 7100-000 | | 415.77 | 14,329.22 |
| 09/29/11 | 001007 | GE Money Bank dba WALMART<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | Final Dividend | 7100-000 | | 458.15 | 13,871.07 |
| 09/29/11 | 001008 | GE Money Bank dba JCPENNEY REWARDS MASTERCARD | Final Dividend | 7100-000 | | 4,701.54 | 9,169.53 |

Page Subtotals    30,006.16    20,836.63

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2                                                                                                                    Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                        Exhibit 9

| Case No: | 10-02027 -MB | | Trustee Name: | Roy Safanda |
|---|---|---|---|---|
| Case Name: | REYES, BLANCA E | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7447  Checking Account |
| Taxpayer ID No: | *******4323 | | | |
| For Period Ending: | 11/22/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/29/11 | 001009 | Care of Recovery Management Systems Corp<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131<br>CitiFinancial Services, Inc<br>P.O. Box 140489<br>Irving, TX 75014-0489 | Final Dividend | 7100-000 | | 3,308.01 | 5,861.52 |
| * 09/29/11 | 001010 | Roy Safanda, Trustee<br>111 East Side Drive<br>Geneva, IL 60134 | Trustee's Fees & Expenses | 2100-003 | | 3,911.50 | 1,950.02 |
| * 09/29/11 | 001010 | Roy Safanda, Trustee<br>111 East Side Drive<br>Geneva, IL 60134 | Trustee's Fees & Expenses | 2100-003 | | -3,911.50 | 5,861.52 |
| 09/29/11 | 001011 | Roy Safanda, Trustee<br>111 East Side Drive<br>Geneva, IL 60134 | Trustee Fees and Expenses | 2100-000 | | 3,911.52 | 1,950.00 |
| 09/29/11 | 001012 | Roy Safanda<br>Attorney for Trustee<br>111 East Side Drive<br>Geneva, IL 60134 | Attorney Fees | 3110-000 | | 1,950.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 30,006.16 | 30,006.16 | 0.00 |
| Less:  Bank Transfers/CD's | 30,006.16 | 0.00 | |
| Subtotal | 0.00 | 30,006.16 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 30,006.16 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********7404 | 30,006.16 | 0.00 | 0.00 |
| Checking Account - ********7447 | 0.00 | 30,006.16 | 0.00 |

Page Subtotals          0.00          9,169.53

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-02027 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | REYES, BLANCA E | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7447  Checking Account |
| Taxpayer ID No: | *******4323 | | |
| For Period Ending: | 11/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | 30,006.16 | 30,006.16 | 0.00 |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 16.04e

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 14)*